## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RALPH SANTELL, JR.
and SUSAN SANTELL,

    Plaintiffs,

v.                                                    Case No: 8:16-cv-1165-T-30TBM

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Jurisdiction Retained (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    The Court retains jurisdiction to enforce the terms of the settlement agreement.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record